**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7793**

_____

CHARLETTE DUFRAY JOHNSON,

Plaintiff – Appellant,

v.

W. EARL BRITT; JASON CROWLEY, U.S. Prosecutor; GASTON
WILLIAMS, U.S. Prosecutor; FELICE CORPENING, U.S.
Prosecutor; JANE PIERCE, Public Defender; SLADE TRABUCCO,
Public Defender; MITCH STEYERS, Public Defender; MARY
PARKER, Probation Officer; REGINALD DEMETRUS, Case Agent;
UNKNOWN AGENT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Robert Boyd Jones, Jr.,
Magistrate Judge. (5:14-ct-03270-D)

_____

Submitted: February 12, 2015       Decided: February 19, 2015

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Charlette Dufray Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlette Dufray Johnson seeks to appeal the magistrate judge's order granting Johnson leave to proceed in her civil action without prepayment of fees and costs pursuant to 28 U.S.C. § 1915(a), (b) (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED